UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELA SCIVETTI,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>COMPASS INC., et al.,<br><br>　　　　　　　　　Defendants. | 24 Civ. 3868 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 11, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 18, 2024, at 12:00 p.m. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: July 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge