



wilnwmsmarx.com

**Scott R. Matthews**
212.237.1025
smatthews@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

July 18, 2024

**Application GRANTED.  The Court hereby ORDERS the briefing schedule described herein.  Discovery is STAYED pending resolution of Defendants' motion.**

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

**Given this Order, Compass Defendants' alternative request for an extension of page limits, ECF No. 22, is DENIED as moot.**

**SO ORDERED.  The Clerk of Court is respectfully requested to terminate ECF Nos. 22 and 23.**

**Dale E. Ho**
**United States District Judge**
**New York, New York**
**Dated: July 18, 2024**

Re:    **Scivetti v. Compass, Inc., et al. Case No. 1:24-cv-03868 (DEH)**

Dear Judge Ho:

My firm represents Defendants Trove Partners, Inc. and Michael Koeneke in the above matter. I write with the consent of the Plaintiff Daniela Scivetti, and Defendants Compass, Inc., Julian Berkeley, Slater Consulting Corp., Ian Slater and Brett Walsdorf in the above-named action.

The Defendants named above intend to file motions to dismiss Plaintiff's Complaint. After consulting with Plaintiff's counsel, the parties respectfully request the following briefing schedule:

- Defendants will file their motions to dismiss the Complaint on or before July 25, 2024;
- Plaintiff shall have until September 23, 2024 to file her responses to the motions; and
- Defendants shall have until October 24, 2024 to file their reply papers.

In addition, Defendants and Plaintiff respectfully request that the Court stay discovery pending resolution of the motions to dismiss for good cause. Doing so would conserve the parties' resources, avoid disputes regarding discovery on claims that may not be part of the case following the disposition of the motions, and allow the parties to focus on briefing.

We thank the Court for Your Honor's consideration of the above requests.

Very truly yours,

Scott R. Matthews

cc:    All Counsel of Record

{12337306:1}