UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniela Scivetti,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Compass Inc., et al.,<br><br>　　　　　　　　Defendant. | 24 Civ. 3868<br><br>**ORDER TO<br>CONSOLIDATE REPLY** |

DALE E. HO, United States District Judge:

　　Defendants Compass Inc., Slater Consulting Corp., Trove Partners, Inc., Julian Berkeley, Ian Slater, and Michael Koeneke have filed three separate motions to dismiss under Federal Rule of Civil Procedure 12(b)(6); and Plaintiff Scivetti has filed three separate memoranda of law in opposition to each motion to dismiss.  *See* ECF Nos. 25 29, 33, 45, 46, 47.  Having reviewed the parties' initial arguments, the Court hereby directs all Defendants to file one consolidated reply to Plaintiff's Oppositions.  The consolidated reply shall not exceed 20 pages and shall be filed no later than October 28, 2024.[1]

　　SO ORDERED.

Dated: October 7, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Given this Order, the deadline for Defendants to file a reply has been moved from October 24, 2024.