UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELA SCIVETTI,<br><br>       Plaintiff,<br><br>   v.<br><br>COMPASS INC., et al,<br><br>       Defendant(s). | 24-CV-3868 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Due to a conflict in the Court's calendar, the case management conference previously scheduled for January 9, 2025 is ADJOURNED nunc pro tunc to January 16, 2025 at 11:30 AM. The conference will be held via Microsoft Teams. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 828 656 276, followed by the pound (#) sign. The pre-conference letter previously due January 3, 2025 (*see* Amended Case Management Plan § 9, ECF No. 18) is now due January 14, 2025.

  SO ORDERED.

Dated: January 10, 2025
   New York, New York

                           DALE E. HO
                      United States District Judge