# ALAN J. BENNETT, PLLC

## ATTORNEYS AT LAW

*369 Lexington Avenue*
*Suite 217*
*New York, New York 10017*
*Telephone: (212) 696-2116*
*Facsimile: (212) 696-2115*

January 13, 2025

**VIA ECF**

Honorable Judge Dale E. Ho
United States District Court
Southern District Of New York
40 Foley Square
New York, New York 10007

     Re:    Daniela Scivetti vs. Compass, Inc., Slater Consulting Corp., Trove Partners, Inc.,
              Julian Berkeley, Ian Slater, Michael Koeneke and Brett Walsdorf
    Index #:  1:24-cv-03868-DEH

Dear Honorable Judge Ho:

My law firm is counsel for the plaintiff DANIELA SCIVETTI ("Scivetti") in the above-captioned action.

This letter application is respectfully submitted jointly with counsel for defendants COMPASS, INC., SLATER CONSULTING CORP., TROVE PARTNERS, INC., JULIAN BERKELEY, IAN SLATER, MICHAEL KOENEKE (collectively "Defendants"), pursuant to Your Honor's Order dated January 10, 2025, and in anticipation of the conference before Your Honor currently scheduled to be held telephonically at 11:30 am on January 16, 2025.

As Your Honor may be aware, Defendants heretofore filed three (3) separate Pre-Answer Motions to Dismiss ("Defendants' Motions"), which were all fully briefed and deemed fully submitted on or about November 1, 2024 (See:  ECF, Doc. # 25-36, 45-47, 51).

By Order dated July 18, 2024, Your Honor suspended all discovery in this matter pending resolution of Defendants' Motions (See:  ECF, Doc. # 24).

It is the parties' understanding that a decision from Defendants' Motions remains pending.

As such, the parties have neither engaged in discovery, nor have the parties engaged in any settlement discussions.

We thank this Honorable Court for its time and attention to this matter, and we are free to provide this Honorable Court with any further information as may be needed.

Very Truly Yours,

Alan J. Bennett (AJB-1635)

cc.  All Defendants (Via ECF)