UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIELA SCIVETTI,

                                    Plaintiff,

                    v.                                    Case No. 1:24-cv-03868-DEH

COMPASS, INC., SLATER CONSULTING CORP.,
TROVE PARTNERS, INC., JULIAN BERKELEY,
IAN SLATER, MICHAEL KOENEKE,
and BRETT WALSDORF,

                                    Defendants.
-------------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, Jamie Haar hereby withdraws her appearance as counsel

for Defendants Compass, Inc. and Julian Berkeley ("Defendants") in the above-captioned action

and request that her name be removed from the Court's and parties' service lists.   Kimberly

Karseboom of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will continue to

serve as lead counsel for Defendants, and all future correspondence and papers in this action should

continue to be directed to her.

Dated:  New York, New York
           March 13, 2026

                                    Respectfully submitted,

                                    OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.

                                    By:   */s/ Jamie Haar*
                                          Jamie Haar
                                    1270 Avenue of the Americas, 24th Floor
                                    New York, New York 10020
                                    Tel.:  (212) 492-2500
                                    Email:  jamie.haar@ogletree.com

                                    *Attorneys for Defendants*